IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| BRITTANY A. WALLACE and <br> GREGORY M. WALLACE, <br>     *Plaintiffs*, <br><br> -vs- <br><br><br> SOUTHERLAND CONSTRUCTION, <br> f/k/a WALLAND SERVICES, LLC, <br><br>     *Defendant*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   Case 3:20-cv-00538 <br> ) <br> )   **JURY DEMAND** <br> ) <br> ) <br> ) <br> ) |

## JOINT NOTICE REGARDING SETTLEMENT AGREEMENT

Come now the Plaintiffs Brittany A. Wallace and Gregory M. Wallace and the Defendant, Southerland Construction, *f/k/a* Walland Services, LLC, by and through their undersigned counsel of record, and pursuant to the Court's Order entered on April 19, 2022 [Doc. 31 Page ID # 77], respectfully advise the Court that the initial handwritten settlement agreement signed by the parties at the mediation on April 4, 2022, settled two separate lawsuits: 1) *Southerland Construction Company, Inc. v. Brittany Wallace and Gregory Wallace*, Case No. 20-CV-919 (Chancery Court of Rutherford County, Tennessee); and 2) *Wallace v. Southerland Construction Company, Inc.*, Case No. 3:20-cv-00538 (U.S. District Court for the Middle District of Tennessee). (See Doc. No. 26 at PageID# 71, ¶¶ 1 and 2). The total amount of the settlement for *both* of these lawsuits was Sixty Thousand Dollars ($60,000.00). The parties have since entered into two separate settlement agreements, one resolving the state court litigation in the amount of Thirty Thousand Dollars ($30,000.00), and a separate settlement agreement resolving the federal FLSA case in the same amount of Thirty Thousand Dollars ($30,000.00). The only difference in these two settlement agreements is the Revised FLSA Settlement Agreement (filed with this Court on April 18, 2022,

[Doc. 29] does not contain a confidentiality provision consistent with this Court's Order [Doc. 27 at PageID # 74].

WHEREFORE, the parties respectfully renew their request that the Court enter an Order approving the revised Settlement Agreement and Full Release reached between the parties.

Respectfully submitted,

**CRAIN LAW GROUP, PLLC**

By: */s/ Larry L. Crain*
Larry L. Crain (#9040)
5214 Maryland Way, Suite 402
Brentwood, TN. 37027
Tel.  615-376-2600
Fax. 615-345-6009
Email:  Larry@crainlaw.legal

*Counsel for the Plaintiff*


*/s/ Kerry Knox*
Kerry Knox, BPR #23302
117 South Academy Street
Murfreesboro, TN 37130
(615) 896-1000

*Counsel for the Defendant*